B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Western District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Tampa Warehouse, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-0949385** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**20940 Bethelwood Lane**<br>**Cornelius, NC**<br>ZIP Code **28031-7044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1140**<br>**Cornelius, NC**<br>ZIP Code **28031-1140** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **6422 Harney Road, Tampa, FL 33610** | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tampa Warehouse, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Tampa Warehouse, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Joshua B. Farmer**
Signature of Attorney for Debtor(s)

**Joshua B. Farmer 32669**
Printed Name of Attorney for Debtor(s)

**Tomblin, Farmer & Morris, PLLC**
Firm Name

**Post Office Box 632
Rutherfordton, NC 28139-0632**

Address

**(828) 286-3866  Fax: (828) 286-4820**
Telephone Number

**December 4, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Fred D. Godley**
Signature of Authorized Individual

**Fred D. Godley**
Printed Name of Authorized Individual

**Member/Manager**
Title of Authorized Individual

**December 4, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Tampa Warehouse, LLC**          Case No.
                                Debtor(s)      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AB Certified Water Treatment LLC<br>PO Box 5141<br>Sun City Center, FL 33571 | AB Certified Water Treatment LLC<br>PO Box 5141<br>Sun City Center, FL 33571 | Services | | 700.00 |
| City of Tampa<br>306 East Jackson St<br>Tampa, FL 33602 | City of Tampa<br>306 East Jackson St<br>Tampa, FL 33602 | Utilities | | 1,859.37 |
| Davis Supply, Inc.<br>PO Box 60095<br>Fort Myers, FL 33906 | Davis Supply, Inc.<br>PO Box 60095<br>Fort Myers, FL 33906 | Invoice # 23630; 24197; 24688; 25178 | | 1,112.70 |
| Domogawa Roofing Inc.<br>7443 Como Dr.<br>New Port Richey, FL 34655 | Domogawa Roofing Inc.<br>7443 Como Dr.<br>New Port Richey, FL 34655 | Services | | 12,721.00 |
| DPI Mid Atlantic, Inc.<br>1000 Prince Georges Blvd.<br>Upper Marlboro, MD 20774 | DPI Mid Atlantic, Inc.<br>1000 Prince Georges Blvd.<br>Upper Marlboro, MD 20774 | Security Deposit | | 28,426.67 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | September 2013 sales tax | | 10,874.26 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | November 2013 sales tax | | 9,752.05 |
| G.A.S. Fire Protection, Inc.<br>5502 Tindale Road<br>Plant City, FL 33565 | G.A.S. Fire Protection, Inc.<br>5502 Tindale Road<br>Plant City, FL 33565 | Services 1/1/2012 - 12/1/2013 | | 13,552.70 |
| Hillsborough Co. EPC<br>3629 Queen Palm Dr.<br>Attn: Carl J. Heintz<br>Tampa, FL 33619 | Hillsborough Co. EPC<br>3629 Queen Palm Dr.<br>Attn: Carl J. Heintz<br>Tampa, FL 33619 | Environmental Site Monitoring | Disputed | 20,000.00 |
| Hillsborough County Tax Collector<br>Doug Belden, Tax Collector<br>PO Box 30012<br>Tampa, FL 33630-3012 | Hillsborough County Tax Collector<br>Doug Belden, Tax Collector<br>PO Box 30012<br>Tampa, FL 33630-3012 | Ad valorem taxes for 2013 | | 256,701.20 |

B4 (Official Form 4) (12/07) - Cont.

In re **Tampa Warehouse, LLC** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jerry Money** 2708 Keene Campbell Rd. Plant City, FL 33565 | **Jerry Money** 2708 Keene Campbell Rd. Plant City, FL 33565 | **Lawn Service** | | 300.00 |
| **Kings III Emergency Communications** 751 Canyon Dr. Suite 100 Coppell, TX 75019 | **Kings III Emergency Communications** 751 Canyon Dr. Suite 100 Coppell, TX 75019 | **Services** | | 70.14 |
| **Packers' Plus Inc.** 6422-H Harney Rd. Tampa, FL 33610 | **Packers' Plus Inc.** 6422-H Harney Rd. Tampa, FL 33610 | **Business Interruption and Product Damage from Roof Leak** | **Disputed** | **Unknown** |
| **R & R Sewage Lift Station Services, Inc.** PO Box 1306 Thonotosassa, FL 33592 | **R & R Sewage Lift Station Services, Inc.** PO Box 1306 Thonotosassa, FL 33592 | **Services** | | 125.00 |
| **R2J Chemical Services, Inc.** 12345-D 62nd Street N Largo, FL 33773 | **R2J Chemical Services, Inc.** 12345-D 62nd Street N Largo, FL 33773 | **Invoice # 91009; 90476; 89890** | | 2,337.00 |
| **RCS Company of Tampa** 422 Hobbs Rd. Tampa, FL 33619 | **RCS Company of Tampa** 422 Hobbs Rd. Tampa, FL 33619 | **Services** | | 11,024.36 |
| **Tampa Electric Co.** PO Box 111 Tampa, FL 33601-0111 | **Tampa Electric Co.** PO Box 111 Tampa, FL 33601-0111 | **Utilities - November 2013** | | 54,299.20 |
| **Twiss Transport, Inc.** 1501 Lake Avenue, S.E. Largo, FL 33771 | **Twiss Transport, Inc.** 1501 Lake Avenue, S.E. Largo, FL 33771 | **Business Interruption and Product Damage from Roof Leak** | **Disputed** | **Unknown** |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 4, 2013**     Signature    **/s/ Fred D. Godley**
                                            **Fred D. Godley**
                                            **Member/Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Tampa Warehouse, LLC**, Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charlotte Housing for the Elderly** <br> **PO Box 1140** <br> **Cornelius, NC 28031-1140** | | **14.543%** | **Member** |
| **Clinton Housing for the Elderly** <br> **PO Box 1140** <br> **Cornelius, NC 28031-1140** | | **6.951%** | **Member** |
| **Fred D. Godley** <br> **20940 Bethelwood Lane** <br> **Cornelius, NC 28031-7044** | | **53.587%** | **Member** |
| **Monroe Housing for the Elderly** <br> **PO Box 1140** <br> **Cornelius, NC 28031-1140** | | **12.516%** | **Member** |
| **Rocky Mount Housing for the Elderly** <br> **PO Box 1140** <br> **Cornelius, NC 28031-1140** | | **12.403%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 4, 2013**    Signature **/s/ Fred D. Godley**
**Fred D. Godley**
**Member/Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

```
AB Certified Water Treatment LLC
PO Box 5141
Sun City Center, FL 33571


City of Tampa
306 East Jackson St
Tampa, FL 33602


Davis Supply, Inc.
PO Box 60095
Fort Myers, FL 33906


Domogawa Roofing Inc.
7443 Como Dr.
New Port Richey, FL 34655


DPI Mid Atlantic, Inc.
1000 Prince Georges Blvd.
Upper Marlboro, MD 20774


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Fred D. Godley
20940 Bethelwood Lane
Cornelius, NC 28031-7044


G.A.S. Fire Protection, Inc.
5502 Tindale Road
Plant City, FL 33565


Hillsborough Co. EPC
3629 Queen Palm Dr.
Attn: Carl J. Heintz
Tampa, FL 33619


Hillsborough County Tax Collector
Doug Belden, Tax Collector
PO Box 30012
Tampa, FL 33630-3012


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317
```

Internal Revenue Service
ATTN: Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jerry Money
2708 Keene Campbell Rd.
Plant City, FL 33565


Kings III Emergency Communications
751 Canyon Dr.
Suite 100
Coppell, TX 75019


Packers' Plus Inc.
6422-H Harney Rd.
Tampa, FL 33610


R & R Sewage Lift Station Services, Inc.
PO Box 1306
Thonotosassa, FL 33592


R2J Chemical Services, Inc.
12345-D 62nd Street N
Largo, FL 33773


RCS Company of Tampa
422 Hobbs Rd.
Tampa, FL 33619


Regions Bank
c/o Frank A. Lafalce, Esq.
Anthony & Partners
201 N. Franklin St., Suite 2800
Tampa, FL 33602


Regions Bank
c/o Robert Korte, SVP
8182 Maryland Avenue
Saint Louis, MO 63105


Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

```
Tampa Electric Co.
PO Box 111
Tampa, FL 33601-0111


Tech Packaging of Tampa
d/b/a Versatile Packagers, Inc.
6442-C Harney Road
Tampa, FL 33610


Twiss Transport, Inc.
1501 Lake Avenue, S.E.
Largo, FL 33771


U.S. Bankruptcy Administrator
402 West Trade St.
Suite 200
Charlotte, NC 28202


VF Imagewear, Inc.
6422 Harney Rd.
Tampa, FL 33610
```

# United States Bankruptcy Court
## Western District of North Carolina

In re **Tampa Warehouse, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tampa Warehouse, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 4, 2013**
Date

**/s/ Joshua B. Farmer**
**Joshua B. Farmer 32669**
Signature of Attorney or Litigant
Counsel for **Tampa Warehouse, LLC**
**Tomblin, Farmer & Morris, PLLC**
**Post Office Box 632**
**Rutherfordton, NC 28139-0632**
**(828) 286-3866 Fax:(828) 286-4820**